Jesus Eduardo YABAR, Petitioner–
Appellant,

v.

W.F. DARIUS, Jr., Warden, LSCI,
Butner, Respondent–
Appellee.

No. 02–6750.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 5, 2002.

Jesus Eduardo Yabar, Appellant Pro Se.

Before WIDENER and MICHAEL,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Jesus Eduardo Yabar appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible er-ror. Accordingly, we affirm on the reasoning of the district court. *See Yabar v. Darius,* No. CA–02–149–5 (E.D.N.C. Apr. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*